UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                    CASE NO.  3:08-cr-0008 CMK

vs.                                         ORDER TO PAY

   WILBER JAY HILBURN

The Defendant, having been found guilty of counts 3, 4, and 5, after entry of guilty pleas thereto, is

ORDERED TO PAY THE FOLLOWING:

   Fine: $975.00            Assessment: $25.00

(X)   FINE AND ASSESSMENT TOTAL OF $1,000.00 are payable in monthly installments of $150.00 per month beginning January 1, 2009, and continuing monthly thereafter until paid in full. Said installments shall be made payable to Clerk, U.S. District Court, and mailed to 501 I Street, Sacramento, CA 95814.

(X)   RESTITUTION OF $250.00 shall be paid to the Bureau of Land Management, 355 Hemsted Drive, Redding, CA 96002, on or before December 31, 2008.

(X)   PROBATION to be unsupervised for a period of one year.  During the term of probation Defendant shall obey all state, federal and local laws.  Probation shall terminate upon payment of all financial obligations.

Counts 1, 2, 6, 7, 8, 9, 10 and 11 are hereby dismissed.

DATED: October 23, 2008

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE